### NATIONAL PRODUCTS, INC., Plaintiff–Appellee,

v.

### GAMBER–JOHNSON LLC, Defendant–Appellant.

No. 2009–1195.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2009.

David K. Tellekson, Darby & Darby P.C., of Seattle, WA, argued for plaintiff-appellee. With him on the brief were Robert L. Jacobson and Mark P. Walters.

Arthur Gollwitzer III, Michael, Best & Friedrich, LLP, of Chicago, IL, argued for defendant-appellant. With him on the

brief were David L. De Bruin, Martin L. Stern, and Joseph Louis Olson.

NEWMAN, PLAGER, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.